IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MONTGOMERY DIVISION

| | |
|---|---|
| **WILLIAM RICHARDSON** )<br>)<br>Plaintiff,    )<br>vs.                            )<br>)<br>)<br>**MEMPHIS CITY EMPLOYEES CREDIT** )<br>**UNION, et al.**              )<br>)<br>Defendants.    )<br>) | Civil Action No. 2:20-CV-435 ECM |

**NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANT MEMPHIS CITY EMPLOYEES CREDIT UNION**

NOW COMES Plaintiff, by and through counsel, pursuant to F.R.C.P. 41(a)(1)(A)(i)., and voluntary dismisses this action without prejudice as to Defendant Memphis City Employees Credit Union ("MCECU") with each party to bear its own costs, expenses, and attorneys' fees.

Dated: February 19, 2021                           Respectfully Submitted,

                                                     BY:   */s/ Geoffrey H. Baskerville*
                                                             GEOFFREY H. BASKERVILLE
                                                             FRANCIS MAILMAN SOUMILAS, P.C.
                                                             1600 Market St., Suite 2510
                                                             Philadelphia, PA 19103
                                                             (215) 735-8600
                                                             gbaskerville@consumerlawfirm.com
                                                             ***Attorneys for Plaintiff***