# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA MONTGOMERY DIVISION

| | |
|---|---|
| WILLIAM RICHARDSON,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC EXPERIAN INFORMATION SOLUTIONS, INC., AND MEMPHIS CITY EMPLOYEES CREDIT UNION,<br><br>Defendants. | Civil Case No. 2:20-cv-00435 |

## NOTICE OF SETTLEMENT

Plaintiff William Richardson and Defendant Equifax Information Services LLC (collectively, the "Parties"), by and through undersigned counsel, hereby notify the Court that the Parties have reached an agreement to settle the claims at issue between the Parties in this lawsuit. The Parties are in the process of finalizing the relevant paperwork and anticipate that the settlement agreement, and all requirements thereunder, will be completed within the next sixty (60) days.

Date: April 26, 2021

                                        Respectfully submitted,

**FRANCIS MAILMAN SOUMILAS, P.C.**

*/s/ Geoffrey H. Baskerville*
GEOFFREY H. BASKERVILLE (*pro hac vice*)
1600 Market Street
Suite 2510
Philadelphia, PA 19103
T: 215-735-8600
F: 215-940-8000
gbaskerville@consumerlawfirm.com

## **CERTIFICATE OF SERVICE**

I certify that on April 26, 2021, I served the foregoing with the Clerk of Court using the CM/EF system, which will automatically send e-mail notification of such filing to all attorneys of record.

*/s/ Geoffrey H. Baskerville*
GEOFFREY H. BASKERVILLE
