IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| WILLIAM RICHARDSON ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> EQUIFAX INFORMATION SERVICES ) <br> LLC, EXPERIAN INFORMATION ) <br> SOLUTIONS, INC. AND MEMPHIS CITY ) <br> EMPLOYEES CREDIT UNION ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 20-00435 |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, on this 13th day of May 2021, by and between Plaintiff and Defendant Equifax Information Services LLC, that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action be dismissed with prejudice as to Equifax Information Services LLC, with each party to bear their own attorney's fees, costs and expenses incurred.

| | |
|---|---|
| */s/ Geoffrey H. Baskerville* <br> GEOFFREY H. BASKERVILLE <br> **FRANCIS MAILMAN** <br> **SOUMILAS, P.C.** <br> 1600 Market St., Suite 2510 <br> Philadelphia, PA 19103 <br> (P) 215-735-8600 <br> gbaskerville@consumerlawfirm.com | */s/ William Brock Phillips* <br> WILLIAM BROCK PHILLIPS <br> **MAYNARD COOPER & GAYLE** <br> 1901 6th Ave N, <br> Suite 2400 <br> Birmingham, AL 35203 <br> (P) 205-254-1981 <br> bphillips@maynardcooper.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* <br> *Equifax Information Services LLC* |

APPROVED BY THE COURT:

_____

Date:                                                                            SUSAN RUSS WALKER,         J.