UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

WILLIAM RICHARDSON,

     PLAINTIFF,

v.

                               Case No.:

EQUIFAX INFORMATION SERVICES,      2:20-cv-00435-SRW
LLC, *ET AL.*,

     DEFENDANTS.

**<u>NOTICE OF SETTLEMENT</u>**

Plaintiff William Richardson ("Plaintiff") hereby notifies the court that Plaintiff and Defendant Experian Information Solutions, Inc. have reached a settlement in principle and are in the process of consummating the terms of the settlement agreement.  Plaintiff expects to file a dismissal with prejudice for the above-named defendant on or before November 22, 2021.

     Respectfully submitted,

*/s/ Micah S. Adkins*
Micah S. Adkins
(ASB-8639-I48A)
**THE ADKINS FIRM, P.C.**
1025 Westhaven Blvd., Suite 220
Franklin, Tennessee 37064
Telephone:  (615) 370.9659
Facsimile:  (205) 208.9632
Email:  MicahAdkins@ItsYourCreditReport.com
*COUNSEL FOR PLAINTIFF*
*WILLIAM RICHARDSON*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 23, 2021, I filed the foregoing paper using the CMECF System, which will electronically serve notification of same on the following counsel of record:

W. Brock Phillips
MAYNARD COOPER & GALE
1901 Sixth Avenue North, Regions Harbert Plaza
Suite 1700
Birmingham, AL 35203

L. Jackson Young, Jr.
MOORE YOUNG FOSTER & HAZELTON, LLP
1122 Edenton Street
Birmingham, Alabama 35242

Chad W. Bryan
CAPELL & HOWARD, P.C.
Post Office Box 2069
Montgomery, AL 36102-2069

*/s/ Micah S. Adkins*
Micah S. Adkins