IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIAM RICHARDSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACT. NO. 2:20-cv-435-ECM |
| ) | |
| EXPERIAN INFORMATION SOLUTIONS, ) | |
| INC., ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

The parties have reported to the Court that a settlement has been reached in this case. (Doc. 35). Accordingly, it is

ORDERED that this case is DISMISSED with prejudice. Any party may, for good cause shown, reopen this action within thirty (30) days from the date of this Order. Costs are taxed as paid.

DONE this 2nd day of December, 2021.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE